**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARRYL A. ROBINSON,

       Petitioner,

v.                                                        Case No. 20-12019

DUANE BURTON,

       Respondent.
_____/

**ORDER DISMISSING HABEAS PETITION FOR WANT OF PROSECUTION**

On July 6, 2020, Petitioner Darryl A. Robinson filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. (ECF No. 1.) On August 4, 2020, United States Magistrate Judge R. Steven Whalen ordered Petitioner to submit the filing fee of $5.00 or to apply for permission to proceed *in forma pauperis* within twenty-one days of his order. (ECF No. 2.) Magistrate Judge Whalen advised Petitioner that failure to comply with his order could result in the dismissal of this action. (*Id.*) Although the order was mailed to Petitioner at his current address, (*see* August 7, 2020 Docket Entry), he has not paid the filing fee, applied for permission to proceed *in forma pauperis*, or communicated with the court. Accordingly,

IT IS ORDERED that the petition for writ of habeas corpus (ECF No. 1) is summarily DISMISSED WITHOUT PREJUDICE for want of prosecution. Fed. R. Civ. P. 41(b); E.D. Mich. LR 41.2; *Link v. Wabash R.R. Co.,* 370 U.S. 626, 629-633 (1962).

                                              s/Robert H. Cleland              /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 17, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12019.ROBINSON.OrderDismissingPetition.BH.RMK.docx